UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No. 4:19-cr-106 |
| | ) | |
| JIMMY ALEXANDER PUJOLS | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

Defendant's Second Motion for Extension of Time (doc. 92) and Motion to Amend Prior Motion so as to Declare This Case Complex (doc. 98) are before the Court for consideration. The Government has filed no opposition. These motions are hereby **GRANTED**. Doc. 92 and Doc. 98.

The indictment charges defendant with four offenses: 1) Conspiracy to Import a Controlled Substance, 21 U.S.C. § 963; 2) Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substance, 21 U.S.C. § 846; 3) Importation of a Controlled Substance, 21 U.S.C. § 952; and 4) Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. § 841(a)(1). Doc. 1.

Defendant asserts that the case involves allegations of a complex scheme to transport large quantities of cocaine from the Dominican Republic through the Port of Savannah. Doc 98 at 1-2. Defendant further contends that key witnesses in the case are located in Augusta, GA; Atlanta, GA; West Palm Beach, FL and the Dominican Republic. Doc. 92 at 1-2. Defendant informs the Court that discovery is voluminous (and still ongoing); there are over 1000 phone calls, over 500 Spanish language emails and thousands of pages of investigative reports. Doc. 98 at 2.

Due to the unusual and complex nature of the case, it is unreasonable to expect adequate preparation for pretrial proceedings and the trial itself within the time limits established by the Speedy Trial Act. The Court finds that the failure to grant this motion would deny defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court also finds that the ends of justice served by granting this motion outweigh the best interest of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A); 18 U.S.C. § 3161(h)(7)(B)(ii); 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, this case is

hereby declared complex and is not subject to the trial deadlines contemplated by the Speedy Trial Act. Defendant's pre-trial motions shall be filed no later than March 31, 2020.

So ORDERED this 24th day of February 2020

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia